UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

                                        Chapter 7

MARTHA DEL BUSTO

                                        Case No.: 812-75643 cec

                  Debtor.
--------------------------------------------------------x

## APPLICATION FOR LEAVE TO EMPLOY
## ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE

TO:    The Honorable ALAN S. TRUST
          United States Bankruptcy Judge

The application of R. Kenneth Barnard, Chapter 7 trustee (the "Trustee") in the above-referenced matter, respectfully represents:

1.     The above captioned Debtor filed a voluntary petition seeking relief from his/her/its creditors pursuant to Chapter 7 of the United States Bankruptcy Code.

2.     Applicant has been appointed Chapter 7 Trustee in this matter.

3.     The Trustee requires the assistance of an accountant to assist the Trustee in analyzing financial transactions, reviewing books and records, preparing fiduciary tax returns, and other related matters.

4.     The Trustee has made diligent inquiry into the qualifications and competence of THOMAS WISNIESKI, CPA, P.C. and is advised that by reason, ability, integrity and professional experience, he is capable of providing proper accounting services to the Trustee. Applicant believes that THOMAS WISNIESKI, CPA, P.C. has no connection with any creditor or interested party herein and represents no interest adverse to the Trustee or to the estate.

5.     Applicant will engage the services of THOMAS WISNIESKI, CPA, P.C. to perform

accounting services for the Trustee subject to the approval of this Court.

6. Applicant believes that THOMAS WISNIESKI, CPA, P.C. is disinterested, as that term is defined in 11 U.S.C. Section 101(14) since:

(a) THOMAS WISNIESKI, CPA, P.C. is not a creditor, equity security holder or insider;

(b) the debtor's shares are not publicly traded and no investment banker has been employed for the debtor;

(c) THOMAS WISNIESKI, CPA, P.C. is not and has never been an officer, director or employee of the debtor or any investment banker

(d) THOMAS WISNIESKI, CPA, P.C. does not have any interest materially adverse to the interest of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the debtor.

7. Compensation to THOMAS WISNIESKI, CPA, P.C. as accountant to the Trustee, as to all matters, with fees to be awarded upon proper application therefor

Dated: April 2, 2014

                                                                 By:   */s/ R. Kenneth Barnard*
                                                                          R. KENNETH BARNARD

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:  Martha Del Busto

                                    Chapter 7

                                    Case No.: 812-75643-CEC
                  Debtors.       Hon. Carla E. Craig
------------------------------------------------------------ X

## AFFIDAVIT OF NO ADVERSE INTEREST

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF SUFFOLK   )

THOMAS E. WISNIESKI, being duly sworn deposes and says:

1. I make this affidavit in support of the application for an order authorizing the retention of THOMAS E. WISNIESKI as accountant for the Trustee.

2. I am a licensed and qualified certified public accountant with offices at 5036 Jericho Turnpike, Commack, New York.

3. I am qualified to perform the services specified in the annexed Application of the Trustee for the court's approval of my retention to provide accounting advice and tax services to the Trustee. Further, these services will include an analysis of tax consequences to the estate for any funds recovered during the conduct of the case; preparation of Federal and New York State tax returns reporting income received; any other matters relating to tax issues.

4. Compensation for the services to be rendered herein, will be calculated on my customary rate of $300 per hour, subject to approval of the court for all services rendered. No retainer has been or would be paid, and the retention would not include a contingency fee arrangement of any kind. No compensation has been paid or promised heretofore. Any compensation to be paid hereunder would be

paid from funds realized by, or in the possession of the estate, upon approval of an application therefore.

Prior to this application, no services have been rendered in connection with this estate. Applicant has heretofore been retained by the Trustee to perform similar services in connection with numerous other pending cases, and has received compensation in connection with those cases upon their conclusion. Applicant has been retained by the Trustee in numerous other matters which continue to be pending before the Court.

5. The undersigned does not hold or represent an interest adverse to the Trustee or to the estate and is disinterested as that term is defined in 11 U.S.C. Section 101 (14).

6. As a result of inquiries, the undersigned believes that he has no connection with any creditor or interested party.

7. Deponent anticipates compensation to be paid to THOMAS E. WISNIESKI as accountant to the Trustee, as to all matters, with fees to be awarded upon proper application therefore.

WHEREFORE, deponent requests that the Trustee's application for authority to retain THOMAS E. WISNIESKI as accountant for the Trustee, be granted.

THOMAS E. WISNIESKI, CPA, PC

Sworn to before me this
31st day of March, 2014

Deborah J Mossey
Notary Public